**STATE of Missouri, Respondent,**

v.

**Robert NAVE, Appellant.**

**Nos. WD 48669, WD 50360.**

Missouri Court of Appeals,
Western District.

Feb. 20, 1996.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Blegan, Asst. Atty. Gen., Jefferson City, for respondent.

Before ELLIS, P.J., and HANNA and SPINDEN, JJ.

### ORDER

PER CURIAM.

Robert Nave appeals his conviction of second degree murder and armed criminal action and the denial of his Rule 29.15 motion for post-conviction relief. He accuses the trial court of erroneously denying his motion for a psychiatric examination and his trial counsel of incompetent representation for not filing a timely notice of intent to rely on a mental disease as a defense. We do not find merit in these claims and affirm the judgments of conviction and denial of post-conviction relief. Because we do not discern any

---

**2.** We added the emphasis.

jurisprudential value in publishing an opinion, we issue this summary order. Rules 30.25(b) and 84.16(b). We have issued to the parties a memorandum explaining the basis for our order.